THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* VICTOR VEGA and ELISEO GONZALES, Appellants.

Argued October 23, 1952; decided December 4, 1952.

*Robert R. Kaufman* and *Francis A. Toomey* for appellants.
*Frank S. Hogan, District Attorney* (*Harold Roland Shapiro* and *Charles W. Manning* of counsel), for respondent.

Judgments reversed and a new trial ordered on the opinion of Shientag, J., in the Appellate Division. (279 App. Div. 739.) No opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Dye, Fuld and Froessel, JJ.